JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITHOCRETE,<br>a California corporation,<br><br>         Plaintiff,<br><br>vs.<br><br>RELLOS CONSTRUCTION, INC.<br>a California corporation, and DOES 1<br>THROUGH 10, inclusive | Case No. SACV 09-477 AG (MLGx)<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF ACTION WITH PREJUDICE** |

   WHEREAS, the parties have entered into an agreement settling the above-entitled action:

   IT IS HEREBY ORDERED that:

   1.    the above-entitled action, and each and every claim asserted herein, is hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure; and

1    2.            the parties shall bear their own attorneys' fees and costs.

Dated: October 13, 2009

_____
Andrew J. Guilford
United States District Court Judge

T:\Client Documents\LITHO\028L2\Stipulated.Dismissal.Proposed.Order.doc